**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TELLIGENT MASONRY, LLC.** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Case No.___________________ |
| **LYNN LADDER AND SCAFFOLDING CO., INC.** | * | |
| | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |

**DEFENDANT LYNN LADDER AND SCAFFOLDING CO., INC'S MOTION FOR A PROTECTIVE ORDER.**

**COMES NOW** Defendant Lynn Ladder and Scaffolding Co., Inc. ("Lynn Ladder"), by and through its undersigned counsel, Robbins Law Group, PLLC, and pursuant to Federal Rule of Civil Procedure 26(c), hereby files this Motion for a Protective Order, and respectfully states to this court in support thereof:

**FACTUAL BACKGROUND**

1. On December 16, 2025, Plaintiff / Counter Defendant Telligent Masonry, LLC. ("Telligent") filed its Complaint and associated discovery requests in The Circuit Court for Prince George's County, Maryland.

2. On January 5, 2026, Telligent served Lynn Ladder with copies of its Complaint, Summons, First Set of Interrogatories, and First Request for Production of Documents.

3. The First Set of Interrogatories, and First Request for Production of Documents were filed and served pursuant to Maryland State Procedural law.

4. This matter has been properly removed to this Court pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332 based on diversity of citizenship of the parties.

5. As of removal the Federal Rules of Civil Procedure apply to this action. Fed. R. Civ. P. 81.

6. This Court has noted that "unlike in state court, where discovery requests can be made simultaneously with service of the complaint and summons, discovery cannot commence in this Court until the parties have held a Rule 26(f) conference" *MarcParc Valet, Inc. v. Jasser*, No. PWG-13-3743, 2014 U.S. Dist. LEXIS 44175, at *10 (D. Md. Apr. 1, 2014) (citing Fed. R. Civ. P. 26(d)(1))

7. Thus, Lynn Ladder need not reply or respond to Telligent's First Set of Interrogatories, and First Request for Production of Documents until such a Rule 26(f) conference is held, and dates for discovery and production of documents are set thereafter.

**WHEREFORE,** Defendant / Counter-Plaintiff, Lynn Ladder and Scaffolding Co., Inc. hereby requests that its Motion for Protective Order from Plaintiff / Counter Defendant Telligent Masonry, LLC.'s state court discovery requests be GRANTED, along with any other relief that this Court may deem just and proper.

**Dated: February 4, 2026**

**Respectfully submitted,**

**LYNN LADDER AND SCAFFOLDING CO., INC.**

**By Counsel**

_/s/ *Seth A. Robbins*___________

Seth A. Robbins (AIS No. 0612180003)
Attorney for Defendant Lynn Ladder and Scaffolding Co., Inc.
ROBBINS LAW GROUP, PLLC
3811 N. Fairfax Drive, Suite 925
Arlington, VA 22203
Tel. (703) 224-4436
Fax: (202) 836-9840
Email: srobbins@RLG.law

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of February, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Adam C. Harrison (CPF No. 9112180036)
Catherine R. Spalluzzi (CPF No. 1612130183)
Harrison Law Group
40 West Chesapeake Ave., Ste. 600
Towson, Maryland 21204
Telephone: (410) 832-0000
Fax: (410) 832-9929
E-mail: aharrison@harrisonlawgroup.com
cspalluzzi@harrisonlawgroup.com
Counsel for Plaintiff Telligent Masonry, LLC.

*/s/ Seth A. Robbins*

Seth A. Robbins (AIS No. 0612180003)